OPINIONS PER ·CURIAM, ETC., FROM OCTO-
BER 12, 1914, TO JANUARY 11, 1915.

No. ——. Original. *Ex parte:* IN THE MATTER OF JARED
FLAGG, PETITIONER. Submitted October 19, 1914. De-
cided October 26, 1914. Motion for leave to file petition
for writ of prohibition or mandamus denied. *Mr. Robert
C. Beatty* and *Mr. Wade H. Ellis* for the petitioner. *The·
Attorney General, The Solicitor General,* and *Mr. Assistant
Attorney General Wallace* opposing.

---

No. 73. F. W. RITTERBUSCH, AS COUNTY TREASURER,
ETC., ET AL., APPELLANTS, *v.* THE ATCHISON, TOPEKA &
SANTA FE RAILWAY COMPANY. Appeal from the United
States Circuit Court of Appeals for the Eighth Circuit.
Motion to dismiss and the merits submitted October 19,
1914. Decided October 26, 1914. *Per Curiam.* Dismissed
for want of jurisdiction upon the authority of *Bagley* v.
*General Fire Extinguisher Co.,* 212 U. S. 477; *Weir* v.
*Rountree,* 216 U. S. 607; *Shulthis* v. *McDougal,* 225 U. S.
561, 569. *Mr. Charles West* for the appellants. *Mr. S. T.
Bledsoe* for the appellee. _